```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

MAMADOU HAIDARA, and
ABDULAI FOFANAH,

                    Defendants.

24 Cr. 85 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold an initial conference in this matter on **March 5, 2024**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 16, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge