# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/20/2024____

August 19, 2024

**BY ECF AND EMAIL.**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: **United States v. Mamadou Haidara and Abdulai Fofanah,**
> **24 Cr. 85 (AT)**

Dear Judge Torres:

I write jointly with the government to raise conflict-of-interest or potential conflict-of-interest issues regarding Federal Defenders' representation of Mamadou Haidara in this matter, for which we respectfully request the appointment of new counsel for Mr. Haidara.

The Federal Defenders currently represents Mr. Haidara.  Last week I became aware that the Federal Defenders previously represented Mr. Haidara's current codefendant, Abdulai Fofanah, in S.D.N.Y. Case No. 11 Cr. 721 (JFK).  That case, like this one, involved allegations of the shipping stolen luxury cars to Africa. Mr. Fofanah stood trial and was convicted and sentenced to total term of 72 months' imprisonment.  I understand that the Federal Defenders obtained confidential information about Mr. Fofanah in the course of that representation, investigation, trial, and sentencing.

The Federal Defenders' ongoing duties to Mr. Fofanah from the prior case create a divided loyalty for our representation of Mr. Haidara in the present matter. Having consulted with the government, I understand that the initial appointment of the Federal Defenders for Mr. Haidara at presentment resulted from an error.

Based on the foregoing, the government and I jointly request that the Court appoint CJA counsel for Mr. Haidara at the time of the September 16, 2024 conference in this matter.

GRANTED. Counsel is relieved.  The Court shall appoint CJA counsel Carla Sanderson to represent  Mr. Haidara in this matter.  The Clerk of Court is directed to remove Clay H. Kaminsky from the docket.

SO ORDERED.

Dated: August 20, 2024
New York, New York

ANALISA TORRES
United States District Judge