USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/20/2024__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------x
:
UNITED STATES OF AMERICA            :
:
-against-               :
:
Mamadou Haidara                     :
:
:
:
:
----------------------------------------x

**ORDER**

24 Cr. 85-1
_____
Docket #

Analisa Torres
_____ District Judge
Judge's Name

The C.J.A. attorney assigned to receive cases on 9/16/2024,
Carla Sanderson
_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC  8/20/2024  .

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

**Dated:  New York, New York**
8/20/24