```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MAMADOU HAIDARA,

                Defendant.

24 Cr. 85-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court requires additional information before proceeding with Defendant's sentencing. Accordingly, the sentencing scheduled for June 2, 2025, is ADJOURNED *sine die*. By **June 20, 2025**, the Government shall file a submission providing detail on the crime underlying Defendant's 2016 state conviction, including, if available, information about the victims and any uncharged alleged conduct. The Government shall also provide the Court with information about Defendant's 2020 arrest and the alleged conduct underlying that arrest. By **July 2, 2025**, Defendant shall file his response, if any, to the Government's submission.

       SO ORDERED.

Dated: May 29, 2025
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge