UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MAMADOU HAIDARA and ABDULAI FOFANAH,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2026

24 Cr. 85 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court shall hold a joint sentencing proceeding for Defendants Haidara and Fofanah on **April 13, 2026**, at **1:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007. By **March 16**, the Government shall file its sentencing submission. The Government's submission shall provide detail on the crime underlying Defendant Haidara's 2016 state conviction, including, if available, information about the victims and any uncharged alleged conduct. The Government shall also provide the Court with information about Defendant Haidara's 2020 arrest and the alleged conduct underlying that arrest. By **March 30**, Fofanah shall file his sentencing submission and Haidara shall file any supplemental sentencing submission.

SO ORDERED.

Dated: January 6, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge