UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MAMADOU HAIDARA and ABDULAI FOFANAH,

Defendants.

<div style="border:1px solid black">
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2026
</div>

24 Cr. 85 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court shall hold a joint sentencing proceeding for Defendants Haidara and Fofanah on **May 4, 2026**, at **12:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.  By **April 24, 2026,** Fofanah shall file his sentencing submission and Haidara shall file any supplemental sentencing submission.

SO ORDERED.

Dated: April 8, 2026
       New York, New York

ANALISA TORRES
United States District Judge