USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MAMADOU HAIDARA and ABDULAI FOFANAH,

Defendants.

24 Cr. 85 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants Haidara and Fofanah's letters seeking to continue their July 7 surrender dates. *See* ECF Nos. 94–95. Each request is GRANTED.

By **October 5, 2026**, **before 2:00 p.m.**, Haidara shall surrender for service of his sentence at the institution designated by the Bureau of Prisons. By **September 8, 2026, before 2:00 p.m.**, Fofanah shall surrender for service of his sentence at the institution designated by the Bureau of Prisons.

Fofanah's *pro se* emergency motion for compassionate release is DENIED as moot. *See* ECF No. 95 (defense counsel letter requesting that the *pro se* motion be withdrawn). To the extent that Fofanah requests to further adjourn his surrender date, he shall file a letter on the docket explaining the basis for such a request.

Finally, Fofanah's request that the Court order that his sentence be served at a facility other than Metropolitan Detention Center is DENIED. "A sentencing court has no authority to order that a convicted defendant be confined in a particular facility. . . . those decisions are within the sole discretion of the Bureau of Prisons." *United States v. Williams*, 65 F.3d 301, 307 (2d Cir. 1995) (citing 18 U.S.C. § 3621(b)).

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 93, 94, and 95.

SO ORDERED.

Dated: July 6, 2026
New York, New York

ANALISA TORRES
United States District Judge